**Lisa Yvette ELAM, Appellant,**

v.

**BARNES–JEWISH HOSPITAL,**
**Appellee.**

No. 05–2113.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 1, 2006.

Decided: March 8, 2006.

Lisa Yvette Elam, Florissant, MO, pro se.

Jill K. Luft, Michael J. Luna, Thomas Christopher Bailey, Greensfelder & Hemker, St. Louis, MO, for Appellee.

Before ARNOLD, BYE, and SMITH, Circuit Judges.

PER CURIAM.

Lisa Yvette Elam appeals the district court's[1] adverse grant of summary judgment in her action against her former employer, Barnes–Jewish Hospital, under the Americans with Disabilities Act and the Family and Medical Leave Act.[2] Having carefully reviewed the record, we agree with the district court's analysis of Elam's claims, and Elam has provided no basis for reversal. *See Woods v. DaimlerChrysler Corp.,* 409 F.3d 984, 990 (8th Cir.2005) (de

novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

2. Elam has abandoned her state-law claim on appeal. *See Shade v. City of Farmington, Minn.,* 309 F.3d 1054, 1058 n. 6 (8th Cir. 2002).